IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GEICO INDEMNITY COMPANY,

    Plaintiff,

vs.                                                  CASE NO. 3:10cv163/RS-EMT

JOE DAN NELSON, JR.; TIM WARD;
SARAH WARD; and MARY FRENCH,

    Defendants.

_____/

## ORDER

Before me is the Joint Report of Parties' Planning Meeting (Doc. 14). The attorneys have disregarded the guidance in the Initial Scheduling Order regarding the discovery deadline and a trial date. Plaintiff's counsel has failed to provide exact dates of his other scheduling conflict.

**IT IS ORDERED** that the parties shall file an amended joint report not later than October 22, 2010, with dates consistent with a discovery deadline of January 3, 2011, and jury trial on May 9, 2011, or April 11, 2011.

**ORDERED** on October 13, 2010.

                                      /S/ Richard Smoak
                                      **RICHARD SMOAK**
                                      **UNITED STATES DISTRICT JUDGE**